**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION**

**JULIE PATE**                                                              **PLAINTIFF**

**vs.**                          **Civil No. 6:20-cv-06051**

**ANDREW SAUL,**                                                        **DEFENDANT**
**Commissioner, Social Security Administration**

### <u>JUDGMENT</u>

Comes now the Court on this the 12th day of April 2021, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE